JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORDER TO REMAND TO STATE COURT

Case No. SACV 11-1615 JVS (ANx)

Chen v. Humandy

The Honorable Court, having reviewed the case involving a removal action of a State Court UD action, having considered the pleadings and motion, now rules that the matter is appropriate for Remand to State Court. This Court lacks subject matter jurisdiction over this residential Unlawful Detainer matter.

This matter is Remanded to State Court in accordance with the CIVIL MINUTES-GENERAL of January 23, 2012 from this Court.

**IT IS SO ORDERED**

Dated: February 02, 2012

_____

Honorable James V. Selna, Judge of the United States District Court